# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152907(135)

RAIDA ADAS,
      Plaintiff-Appellant,

v

WILLIAM BEAUMONT HOSPITAL,
BEAUMONT HOSPITALS, and
MARIANNE FRANCO, M.D.,
      Defendants,

and

ROYAL OAK SURGICAL ASSOCIATES, P.C.
and PETER CZAKO, M.D.,
      Defendants-Appellees.

SC: 152907
COA: 318397
Oakland CC: 2011-116424-NH

_____/

On order of the Court, the motion for reconsideration of this Court's July 26, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016

p1121

Clerk